EXHIBIT 1

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 525-2020-01340 |

| NEW YORK STATE DIVISION OF HUMAN RIGHTS | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (Indicate Mr. Ms. Mrs.) | SPS Home Phone 7L4. (617) 742-1~~000~~ 1826 | Year of Birth |
|---|---|---|
| MS. REBECCA KLYMN | | |

Street Address: ~~10 MARSHALL STREET, BOSTON, MA 02108~~
65 Old Pine Lane, Rochester, NY 14615

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No Employees, Members | Phone No. |
|---|---|---|
| MONROE COUNTY SUPREME COURT | 15 - 100 | |

Street Address: 99 EXCHANGE BLVD, 5TH FLOOR, ROCHESTER, NY 14614

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-01-2005    Latest: ~~08-12-2020~~ 10/29/20

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

My sex is female. In or about March 2005, I began employment with the Respondent as a secretary. That is my current position.

When I began employment with the Respondent, my supervisor- Matthew Rosenbaum, NY Supreme Court Justice- informed me that oral sex is a term and condition of employment. Thereafter, I had been subjected to numerous egregious incidents in which I was compelled to fellate Rosenbaum. Also, during this time, I was compelled to accompany him to doctor's appointments and to pick him up for work. Moreover, Rosenbaum came to my home and raped me.

In or about 2010, other employees began to verbally harass me and talk down to me as though I am sub-human. This conduct has continued until I took FMLA leave, beginning on or about October 29, 2019.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| *[signature: Rebecca Klymn]* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>525-2020-01340 |
|---|---|---|

**NEW YORK STATE DIVISION OF HUMAN RIGHTS** and EEOC
*State or local Agency, if any*

I complained to the Respondent a number of times regarding the above conduct. However, they repeatedly refused to take any immediate and effective action in response. Therefore, I was compelled to go out on FMLA leave on or about October 29, 2019.

I believe that I have been subjected to this hostile, offensive, and intimidating work environment and to different terms and conditions of employment because of my sex/female and in retaliation for participating in protected activity, in willful violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>*Rebecca A. [signature]* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |