# ROTHENBERG LAW

TRIAL LAWYERS



**David Rothenberg, Esq.**

Times Square Building
45 Exchange Blvd, Suite 800
Rochester, NY 14614

Phone (585) 232-1946
Fax: (585) 232-4746

david@rothenberglawyers.com
rothenberglawyers.com

January 31, 2022

BY ECF & EMAIL

Hon. John L. Sinatra, Jr. [sinatra@nywd.uscourts.gov]
United States District Judge
United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re: Klymn v. Monroe County Supreme Court, et al.
21-cv-6488-JLS

Dear Judge Sinatra:

Your Honor has scheduled oral argument for all motions to dismiss in the above-referenced case on February 18, 2022 at 10:00 am.

I am writing to request permission to argue orally by way of government Zoom, or any other video conferencing platform. I have a family member with vulnerability, and am avoiding all in-person meetings at the present time, if at all possible.

Thank you for your consideration of this request.

Respectfully,

s/David Rothenberg

David Rothenberg

DR/be

cc: Lindy Korn, Esq.
Anna Marie Richmond, Esq.
Heather L. McKay, Esq.
Pedro Morales, Esq.