# ANNA MARIE RICHMOND
### ATTORNEY AT LAW

*Via cm/ecf and email.*

May 31, 2022

Honorable John L. Sinatra, Jr.
U.S. District Judge
2 Niagara Square
Buffalo, NY  14202

           Re:    Klymn v. Monroe County Supreme Court, et al., 21-cv-6488 JLS

Dear Judge Sinatra

I write with the consent of all counsel to provide a joint status report in the above-referenced matter.

The parties and counsel met with Ann E. Evanko, Esq. for mediation sessions on April 14, and May 23, 2022.  The matter did not settle.  No further mediation sessions are scheduled at this time.

Thank you for your attention to this matter.

        Very truly yours,

        *Anna Marie Richmond*

        Anna Marie Richmond

Encl.
C (via cm/ecf):    A. Evanko, Esq.
                    L. Korn, Esq.
                    H. McKay, Esq.
                    P. Morales, Esq.
                    T. O'Brien, Esq.
                    M. Rothenberg, Esq.
                    D. Rothenberg, Esq.