UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

REBECCA KLYMN

      Plaintiff,

   vs.

MONROE COUNTY SUPREME COURT,
ET AL.,

     Defendants.

21-cv-6488-JLS

AFFIRMATION OF SERVICE

State of New York    )
County of Erie     )

  ANNA MARIE RICHMOND, an attorney admitted to practice in the State of New York, affirms under the penalties of perjury that she is an attorney for the Plaintiff in the above-captioned matter, and that on October 14, 2022, she served Plaintiff's Reply to the State Court Defendants' Supplemental Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint, Plaintiff's Response to the Supplemental Motion to Dismiss of Defendants Grant, Pawelczak, Aufleger, Taddeo, Grimaldi, Allen and Fields, and Plaintiff's Reply to the Supplemental Memorandum of Law in Support of Defendant Rosenbaum's Motion to Dismiss upon the Defendants herein by filing a copy of the same with the Court's electronic filing system, which would then notify Eileen D. Millett, Counsel, Office of Court Administration, Pedro Morales, Esq., of Counsel, Attorneys for Defendants Monroe County Supreme Court, New York State Unified Court System, Office of Court Administration, and Office of the Managing Inspector General for Bias Matters; David Rothenberg, Esq. and Michael Rothenberg, Esq,, Attorneys for Defendant Rosenbaum; and Letitia James, Attorney General, Michelle Romance Crain, Esq. of

4

Counsel, Attorneys for Defendants Grant, Pawelczak, Aufleger, Taddeo, Grimald, Allen, and Fields.

Dated:  October 14, 2022

    /s/ Anna Marie Richmond
ANNA MARIE RICHMOND, ESQ.
2500 Rand Building
14 Lafayette Square
Buffalo, NY  14203
716-854-1100
annamarierichmondesq@gmail.com