*Law Office of*
**LINDY KORN, PLLC.**
Electric Tower
535 Washington Street, 9th Floor
Buffalo, New York 14203

June 7, 2023

<u>VIA CM/ECF</u>
Hon. John L. Sinatra, Jr.
United States District Judge
United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    Klymn v. Monroe County Supreme Court, *et. al*
            21-cv-6488 – JLS-LGF

Dear Judge Sinatra:

    On behalf of co-counsel Anna Marie Richmond and myself, and with the consent of all Defense counsel, I write to seek a two (2) week extension of the deadline to file *Objections* to the Decision and Order [Dkt. 74], through to and including June 26, 2023.

    This is the first request for an extension for this deadline.

Respectfully,

<u>s/ Lindy Korn</u>
Lindy Korn, Esq.
Co-Counsel for Plaintiff
LK/mg

*cc via cm/ecf:*
All Attorneys on Record

Phone (716) 856-KORN • Fax (716) 507-8475 • Email lkorn@lkorn-law.com
www.lkorn-law.com