UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

REBECCA KLYMN,

      Plaintiff,

                   21-CV-6488-JLS-LGF

vs.                  NOTICE OF MOTION FOR
                     PERMISSION TO CONDUCT
MATTHEW ROSENBAUM,          LIMITED PRE-ANSWER
MONROE COUNTY SUPREME COURT,      DISCOVERY
UNIFIED COURT SYSTEM of the STATE
OF NEW YORK, OFFICE of COURT
ADMINISTRATION, OFFICE of the MANAGING
INSPECTOR GENERAL for BIAS MATTERS,
COSMAS GRANT, RONALD PAWELCZAK,
ANN MARIE TADDEO, CAROLYN GRIMALDI,
MARGARET ALLEN, and AMY FIELDS,

      Defendants.
_____

   PLEASE TAKE NOTICE, hereby given, that upon the Affirmation of Anna Marie Richmond, together with exhibits filed therewith, Plaintiff will move this Court, at a date and time to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 26(d)(1), permitting Plaintiff to served limited pre-answer discovery pursuant to Fed. R. Civ. P. 34 upon the Defendants herein.

   PLEASE TAKE FURTHER NOTICE that Plaintiff intends to serve reply papers.

Dated: September 18, 2023

| | |
|---|---|
|   /s/ Lindy Korn   |   /s/ Anna Marie Richmond   |
| LINDY KORN, ESQ. | ANNA MARIE RICHMOND, ESQ. |
| The Law Office of Lindy Korn, LLP | 2500 Rand Building |
| 535 Washington Street, Ninth Floor | 14 Lafayette Square |
| Buffalo, NY  14203 | Buffalo, NY  14203 |
| 716-856-5676 | 716-854-1100 |
| lkorn@korn-law.com | annamarierichmondesq@gmail.com |

To: David Nocenti, Counsel         David Rothenberg, Esq. and

| | |
|---|---|
| Office of Court Administration<br>Pedro Morales, Esq., of Counsel<br>Attorneys for Defendants Monroe County Supreme Court, New York State Unified Court System, Office of Court Administration, and Office of the Managing Inspector General for Bias Matters | Michael Rothenberg, Esq.<br>Attorneys for Defendant Rosenbaum<br><br>Letitia James, Attorney General<br>Heather McKay, Esq., of Counsel,<br>Attorneys for Defendants Grant, Pawelczak, Taddeo, Grimald, Allen, and Fields. |