# ANNA MARIE RICHMOND
### ATTORNEY AT LAW

*Via CM/ECF*

April 10, 2024

Honorable Leslie G. Foschio
US Magistrate Judge
2 Niagara Square
Buffalo, NY  14202

          Re:    Klymn v. Monroe County Supreme Court, et al., 21-cv-6488 (JLS)(LGF)

Dear Judge Foschio:

Pursuant to the Scheduling Order of March 15, 2024, (Document 129) Counsel for the parties conferred yesterday with the intention of preparing an eDiscovery protocol for submission to the Court on April 22, 2024.

We made significant progress  However, based on our conversation with Defense Counsel, Plaintiff's counsel realized that we require additional time to ensure that we can produce electronically stored information in compliance with the protocols under discussion.

Accordingly, with the consent of all parties, I am writing to request that Your Honor extend all of the deadlines set forth in Document No. 129 by two weeks.  Thus, with the Court's permission, the following deadlines would apply:

- Parties agree on a protocol by April 29, 2022
- Parties file protocol by May 6, 2024
- Parties serve initial disclosures by July 1, 2024
- Motions to compel initial disclosures by September 30, 2024
- Motions to amend the pleadings filed by August 30, 2024
- Proposed Case Management Order submitted by October 15, 2024.

Thank you for your attention to this matter.

Very truly yours,

*Anna Marie Richmond*

Anna Marie Richmond

C (via CM/ECF):  Counsel for All Parties

---

2500 RAND BUILDING, 14 LAFAYETTE SQUARE    BUFFALO, NY 14203-1925
TEL:  716-854-1100    EMAIL: ANNAMARIERICHMONDESQ@GMAIL.COM

WWW.AMRICHMONDLAW.COM