# Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

REBECCA KLYMN,

                              Plaintiff,

   -vs-

MATTHEW ROSENBAUM, MONROE COUNTY
SUPREME COURT, UNIFIED COURT SYSTEM
OF THE STATE OF NEW YORK, OFFICE OF
COURT ADMINISTRATION, OFFICE of the
MANAGING INSPECTOR GENERAL for BIAS
MATTERS, COSMAS GRANT, RONALD
PAWELCZAK, ANN MARIE TADDEO,
CAROLYN GRIMALDI, MARGARET ALLEN,
and AMY FIELDS,

                              Defendants.

21-cv-6488-JLS/LGF

---

# Discovery Protocol

Pursuant to the Court's Scheduling Order of March 15, 2024, ECF No. 129, as amended by the Court on April 10, 2024, ECF No. 135, the parties agree that this document, together with Attachments A and B, describes the technical specifications for paper and electronic document productions in the above-captioned case unless otherwise agreed to by the parties.

**GENERAL REQUIREMENTS**:

1. A cover letter should be included with each production and should include the following information:

    a. Case Caption

    b. A list of each piece of media included in the production with its unique production volume number.

    c. Bates range of the production

2. Data can be produced with encryption by secure file transfer protocol (SFTP), CD, DVD, thumb drive, or hard drive (or by electronic means with prior approval), using the media requiring the least number of deliverables and labeled with the following:

    a. Case number

    b. Production date

  c. Producing party

  d. Bates range

3. All document family groups, i.e. email attachments, embedded files, etc., should be produced together and children files should follow parent files sequentially in the Bates numbering.

4. All load-ready collections should include only one data load file (.dat file) and one image pointer file (.opt file).

5. All load-ready text must be produced as separate document-level text files.

6. All load-ready collections must provide the extracted contents of any container files to ensure all relevant files are produced as separate records.

7. Only alphanumeric characters and the underscore character are permitted in file names and folder names. Special characters are not permitted.

8. Passwords for electronic documents, files, compressed archives and encrypted media must be provided separately either via email or in a cover letter apart from the media.

9. All electronic productions should be produced free of computer viruses.

10. If the producing party de-duplicates data, it will use exact, family-level de-duplication of data using the MD5 hashing algorithm. The integrity of document families must be maintained.

11. Additional technical descriptions can be found in the Attachment A to this document.

12. A complete list of required metadata fields, where such fields are available, is available in Attachment B to this document.[1]

13. If hard copy documents are being produced and are not otherwise maintained as ESI, those documents will be scanned, OCR'ed with searchable text, and produced as images with linked OPT, DAT, and TXT files consistent with Attachment A, and will be processed in a manner to provide metadata fields consistent with Attachment B, where available (e.g., BEGDOC, ENDDOC, BEGATTACH, ENDATTACH, CUSTODIAN, FILE NAME, EXTENSION, MD5HASH). Hard copy documents must be produced unitized as individual documents.

14. Text messages may be produced in RSMF or Cellebrite format, but must be produced with associated metadata to permit threading, including 'Cellebrite Thread Group'.

15. Any other electronically stored information in any other form or from any other relevant source shall be produced pursuant to the protocols set forth herein.

16. If a producing party intends to leverage any technology assisted review (TAR) or predictive coding models, this must be disclosed and Parties should meet and confer to agree on acceptable review terms.

---

[1] The producing party shall provide all available fields in Attachment B where the processing software can extract or assign the required fields using settings designed to consistently capture all extractable or assignable fields from the records.

Dated: May 6, 2024

By: *s/ Lindy Korn*
Lindy Korn, Esq.
The Law Office of Lindy Korn, LLP
535 Washington Street, Ninth Floor
Buffalo, NY 14203
-and-
Anna Marie Richmond, Esq.
2500 Rand Building
14 Lafayette Square
Buffalo, NY 14203
*Attorneys for Plaintiff*

By: *s/ David Rothenberg*
David Rothenberg, Esq.
Michael Rothenberg, Esq.
ROTHENBERG LAW
45 Exchange Boulevard, Suite 800
Rochester, New York 14614
*Attorneys for Defendant Rosenbaum*

By: *s/ Michele Crain*
Michele Crain, Esq.
NEW YORK STATE ATTORNEY GENERAL'S OFFICE
144 Exchange Blvd., Suite 200
Rochester, NY 14614
*Attorneys for Defendants Cosmas Grant, Ronald Pawelczak, Mary Aufleger, Ann Taddeo, Carolyn Grimaldi, Marge Allen, and Amy Fields*

By: *s/ Pedro Morales*
Pedro Morales, Esq.,
OFFICE OF COURT ADMINISTRATION
25 Beaver Street, 11th Floor
New York, NY 10004
*Attorneys for Monroe County Supreme Court, Unified Court System of the State of New York, Office of Court Administration, and Office of the Managing Inspector General for Bias Matters*

# Attachment A

**GENERAL INFORMATION:**

**Production Type:** Images, natives (select file types), extracted text, with OPT and DAT load files.

**Sort Order:** Sorted by Custodian name (alphabetically), then Family Datetime (oldest to most recent), then by Group Identifier, and then by DocumentID.

**Families:** Full families will be produced.

| **DOCUMENT TREATMENT SPECIFICATIONS:** | |
|---|---|
| Documents will be produced as TIFF images (Word files will have track changes on, auto-date, auto-time and auto-filepaths removed when converted to image). The text file will contain the extracted text. Exceptions are as follows: | |
| **Privilege Docs:** | Documents identified as fully privileged during review will not be produced. A TIFF slip- sheet stating "Document Withheld for Privilege" will be provided. The text file will contain the slip-sheet language. |
| **Redacted Docs:** | Documents with redactions will be produced as TIFF images with redactions. The redacted TIFF images will be OCR'd, and that will be provided as the text file. |
| **Unreadable Files:** | Documents which are deemed unreviewable during review will not be produced. A TIFF slip-sheet stating "Document Cannot be Viewed" will be provided. The text file will contain the slip-sheet language. Select metadata fields identified below will be scrubbed. |
| **Empty Files:** | Documents which are flagged as "Empty" during processing (items that are zero (0) bytes in file size) will not be produced. A TIFF slip-sheet stating "Document Cannot be Viewed" will be provided. The text file will contain the slip-sheet language. |
| **Select Natives:** | The following file types will be produced in native format, with a TIFF image slip-sheet.<br>• Spreadsheet Files (i.e. Excel, CSV)<br>• Multimedia Files (i.e. audio and video files)<br>• Database Files<br>• Presentation Files (i.e. PowerPoint)<br>• System Files<br>The slip-sheet will read "Document Produced in Native Format". The text file will contain the extracted text. |
| **TIFF Failures:** | Documents which cannot be converted to TIFF image and are viewable will be produced in native format with a TIFF image slip-sheet. The slip-sheet will read "Document Cannot be Rendered". The text file will contain the extracted text. |

## ENDORSEMENTS
**Bates Number:** Bates numbers will be endorsed in the lower right corner of each image (including slip- sheets). The default font is Arial 10.
**Other:** Other endorsements can be applied (i.e. Confidentiality). The default font is Arial 10. Multiple endorsements in one position cannot be used; therefore, the location of the Bates number, Confidentiality, and any other endorsements must be unique.

## STANDARD FOLDERING STRUCTURE
[PRODNAME]\ DATA                     (contains load files)
             IMAGES\IMAGES001\         (contains all single-page TIFFs named after Begin Bates)
             NATIVES\NATIVES001\       (contains all native files named after Begin Bates)
             TEXT\TEXT001              (contains multipage text named after Begin Bates)

## IMAGE FILE SPECIFICATIONS
**Folder Structure:** Approximately 1,000 Images per folder (documents will NOT be split across folders)
**Image Format:** Group IV Single-Page TIFF @ 300 DPI
**Load File Type:** Opticon .OPT
**Color:** Black and White

## TEXT FILES SPECIFICATIONS
**Folder Structure:** Text folder structure will mirror the images folder structure.
**Delivery Format:** Multi-page text files referenced in "TEXTLINK" field in the .DAT file.
**Text File Naming:** Text files named after the beginning Bates number of a document.
**Text File Format:** UTF-8
**OCR:** OCR will not include production-specific endorsements.

## NATIVE FILES
**Folder Structure:** Native folder structure will mirror the images folder structure.
**Native File Naming:** Native files named after the beginning Bates number of a document.

## METADATA LOAD FILE
**Metadata Fields:** A complete list of required metadata fields is available in Attachment B to this document.
**Metadata Load File Type:** Concordance .DAT File
**Data Format:** UTF-8
**Date Format:** Dates will be mm/dd/yyyy, null dates will be blank *(Example: 07/11/2008)*
**Time Format:** Time will be HH:mm:ss, null times will be blank *(Example: 16:23:58:0)*
**Delimiters:**

| Delimiter Type | ASCII Value   | Symbol |
|----------------|---------------|--------|
| Comma          | Character 20  | ¶      |
| Quote          | Character 254 | þ      |
| Newline        | Character 174 | ®      |
| Multi-line     | Character 59  | ;      |

# Attachment B

| **METADATA FIELDS** | | |
|---|---|---|
| **DAT Field Name** | **Sample** | **Description** |
| BEGDOC | ABC00000001 | Begin Bates number |
| ENDDOC | ABC00000008 | End Bates number |
| BEGATTACH | ABC00000001 | Begin Bates number of family unit |
| ENDATTACH | ABC00000015 | End Bates number of family unit |
| CUSTODIAN | Smith, John | Individual from whom the document originated |
| ALL CUSTODIANS | Smith, John; Jones, Jessica | All individuals who have the document; separated by a semi-colon " ; " |
| PAGECOUNT | 8 | Total number of pages in the document |
| PARENTID | ABC00000001 | Begin Bates number of parent document |
| ATTACHIDS | ABC00000002; ABC00000014 | Begin Bates number of each child attachment, separated by a semi-colon " ; " |
| FROM | jsmith@enron.com | Author of the e-mail message |
| TO | jjones@someplace.com | Main recipient(s) of the e-mail message |
| CC | djohnson@here.com; jcain@enron.com | Recipient(s) of "Carbon Copies" of the e-mail message; separated by a semi-colon " ; " |
| BCC | ssmith@enron.com | Recipient(s) of "Blind Carbon Copies" of the e-mail message; separated by a semi-colon " ; " |
| DOCUMENT SUBJECT | My Document | Subject field extracted from the metadata of the native file |
| EMAIL SUBJECT | Re: Meeting Agenda | Subject field extracted from the metadata of an email file |
| DOCUMENT TITLE | | The title of a document |
| DOCUMENT AUTHOR | John Smith | Author field extracted from the metadata of the native file |
| CREATED DATE/TIME | 08/02/23 13:15:22 | Date and time file was created |
| FAMILY DATE/TIME | 09/24/21 17:12:04 | Families: Date and time of the Parent document Single/Loose Files: Date and time of the Document<br>● Email = Sent Date and time<br>● Electronic Loose File = Last Mod Date and time |
| LAST MODIFIED DATE/TIME | 04/15/21 11:29:20 | Date and time document was last modified |
| EMAIL SENT DATE/TIME | 01/02/23 12:14:34 | Date and time email was sent |
| FILE SIZE | 20000 | File size in bytes |
| CELLEBRITE THREAD GROUP | 6762865b3e6d68f2e8d4daefe9ae89ee | Populated with a globally unique identifier that groups messages within the same conversation |
| PATH | Shared\SmithJ\October Agenda.doc | Original Path to the document. Includes Folder information for Emails, Windows Directory structure for loose files |
| EXTENSION | .doc | Original extension of a file (null for emails from container) |
| FILE TYPE | Email | File Type: email, image, spreadsheet, presentation, etc. |
| MD5 HASH | d131dd02c5e6eec4693d9a0698aff95c | Unique identifier of the file |

| FILENAME | My Document.xlsx | Original name of the file or subject of email |
| --- | --- | --- |
| TEXTLINK | .\VOL01\TEXT\001\ABC0000001.txt | Contains Path to .TXT files |
| NATIVELINK | .\VOL01\NATIVES\001\AB0000001.msg | Contains path to native files |
| REDACTED | Y | Populated with "Y" to indicate that the document contains redactions; otherwise blank |